UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICHOLAS PEZAS,

                        Plaintiff,

    -v-

JACOBS PROJECT MANAGEMENT CO.,

                        Defendant.

25 Civ. 6062

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    In light of the order referring this case for mediation, Dkt. 13, the initial pretrial conference and deadlines for the filing of materials related to that conference, as previously set forth in docket 12, are adjourned *sine die*, pending the results of mediation.

    SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: October 15, 2025
       New York, New York