November 17, 2025

**VIA ECF:**
The Honorable Paul A. Engelmayer,
United States District Court Southern District of New York
40 Foley Square,
New York, NY, 10007-1502

Re: <u>**Pezas v. Jacobs Project Management Co. Case No. 1:25-cv-06062**</u>

Dear Judge Engelmayer,

The parties write jointly to respectfully request the Court's permission to engage a private mediator in lieu of utilizing the Court's mediation program. Parties have agreed to participate in private mediation with Mr. Marc Isserles at JAMS on January 22, 2026, which is his earliest availability.

As such, parties respectfully request that the initial pretrial conference and deadlines for the filing of materials related to that conference remain adjourned sine die, pursuant to the Court's October 15, 2025 Order [ECF No. 14], pending the completion of this mediation. We thank the Court for your time and attention to this matter.

Respectfully submitted,

~//s//~
Erica Healey-Kagan, Esq.
Mahnoor J. Khan, Esq.
*Attorneys for Plaintiff*

~//s//~
Joseph Anci, Esq.
Olivia P. Hines, Esq.
*Attorneys for Defendant*

GRANTED.

The parties will promptly advise the the Court's Mediation Office of the parties' decision to participate in private mediation in lieu of the Court's program.

Following the parties' private mediation on January 22, 2026, the parties will jointly file a status letter, by January 29, 2026, advising the Court as to whether mediation was successful and proposing next steps.

SO ORDERED.

Date: November 18, 2025
      New York, New York

_____
Paul A. Engelmayer
United States District Judge